IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis L. Shofler,<br><br>           Plaintiff,<br><br>v.<br><br>City of Goodyear, et al.<br><br>           Defendants, | O R D E R<br><br>No. CIV-08-1507-PHX-SRB |

Defendants filed a Motion to Dismiss on August 25, 2008 and served Plaintiff on that same date. Plaintiff failed to file a response. On September 25, 2008, this Court issued an order advising Plaintiff of his obligation to file a response to Defendants' Motion to Dismiss and gave Plaintiff until October 15, 2008 to file his response. The Court further advised Plaintiff "that failure to respond to Defendants' Motion by the deadline set forth in this order will result in the Court deeming Defendants' Motion as being unopposed and consented to by Plaintiff." As of this date, no responsive memorandum has been filed. LRCiv 7.2(i) provides in part "if the opposing party does not serve and file the required answering memorandum, ...such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Plaintiff's failure to serve and file the required answering memorandum a consent to the granting of the Defendants' Motion to Dismiss.

IT IS ORDERED GRANTING Defendants' Motion to Dismiss. (Doc. 4).

IT IS FURTHER ORDERED directing the Clerk to enter judgment.

DATED this 31st day of October, 2008.

_____
Susan R. Bolton
United States District Judge